**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ERNEST CLIFTON ROWLAND,<br><br>                    Defendant. | Case No. 98-CR-128-SEH |

## OPINION AND ORDER

The United States filed a Motion to Conduct Private Sale, Schedule a Hearing, Resolve Occupancy, and Appoint Appraisers [Dkt. 152], which has been referred to the undersigned United States Magistrate Judge.

The motion is governed by the terms of 28 U.S.C. § 2001(b). That section requires the Court to set a hearing on the motion.

A hearing on the motion is hereby scheduled on July 28, 2009 at 9:30 am in Courtroom No. 2 on the 3rd floor of the Page Belcher Federal Building, 333 W. 4th St., Tulsa, Oklahoma.

At the hearing the court will consider the following matters raised in the motion: 1) whether a private sale will conserve the best interests of the estate; 2) appointment of a listing broker and the terms of compensation; 3) the appointment of three disinterested persons to appraise the subject property; and 4) what reasonable terms and conditions should attend the sale.

The United States of America is hereby directed to serve notice on Defendant Ernest Clifton Rowland and other interested parties in a manner reasonably calculated to provide actual notice of the hearing.

Written objections, if any, to the motion are to be filed on or before the 21st day of July, 2009.

SO ORDERED this 1st day of July, 2009.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE